**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frederick Dennis Clark, ) | No. CV 10-1552-PHX-JAT |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Charles Ryan, et al., ) | |
| Respondents. ) | |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus ("Petition") (Doc. 1). The Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. 10) recommending that the Petition be denied.

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Based on the foregoing,

**IT IS ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 10) is **ACCEPTED**; accordingly,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is denied and dismissed with prejudice,
- in the event Petitioner files an appeal, issuance of a certificate of appealability is denied for the reasons stated in the R&R (Doc. 10 at 34-35) to which there was no objection, and
- the Clerk of the Court shall enter judgment of dismissal with prejudice.

DATED this 21st day of December, 2011.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge